**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2257

DEIRDRE C. GLASCOE,

Plaintiff – Appellant,

v.

PRINCE GEORGE'S COUNTY, MARYLAND; JACK B. JOHNSON, Individually and in his official capacity; MARTIN O'MALLEY, Individually and in his official capacity; DOUGLAS F. GANSLER, In his official capacity only; ROBERT M. BELL, Individually and in his official administrative capacity; MARYLAND COURT OF SPECIAL APPEALS; WILLIAM D. MISSOURI, Individually and in his official administrative capacity; GLENN F. IVEY, Individually and in his official capacity; PRINCE GEORGE'S COUNTY DISTRICT COURT; PRINCE GEORGE'S COUNTY CIRCUIT COURT; MARYLAND ATTORNEY GRIEVANCE COMMISSION; MARYLAND COMMISSION ON JUDICIAL DISABILITIES; THOMAS P. SMITH, Individually and in his official administrative capacity and in his official judicial capacity; C. PHILIP NICHOLS, JR., Individually and in his official judicial capacity; THOMAS J. LOVE, Individually and in his official administrative capacity and in his official judicial capacity; JOHN DOE, Individually and in his official judicial capacity aka Judge C; PEGGY MAGEE, Individually and in her official capacity; MARY ABRAMS, Individually and in her official capacity; STAN BROWN, Individually and in his official capacity as People's Zoning Counsel,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:10-cv-00710-AW)

Submitted:  March 15, 2011          Decided:  March 17, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deirdre C. Glascoe, Appellant Pro Se. Stephen Thibodeau, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Upper Marlboro, Maryland; Hugh Scott Curtis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Phillip Robert Zuber, SASSCER, CLAGETT & BUCHER, Upper Marlboro, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deirdre C. Glascoe appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glascoe v. Prince George's Cnty., Md, No. 8:10-cv-00710-AW (D. Md. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3